| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES III, JOHN E | 2. Court or Organization<br><br>US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report<br><br>05/12/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>240 WEST THIRD STREET<br>SUITE 406<br>WILLIAMSPORT, PA 17701 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |
| 3. | |

2008 MAY 15 P 12: 37 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION | 2/07-2/13 | MIAMI, FL | SPEAKER | HOTEL AND MEALS |
| 2. | WILLIAM & MARY SCHOOL OF LAW | 2/16-2/17 | WILLIAMSBURG, VA | MOOT COURT COMPETITION | HOTEL |
| 3. | NATIONAL ALCOHOL BEVERAGE CONTROL ASSOCIATION | 3/15-3/16 | ARLINGTON, VA | LEGAL SYMPOSIUM | HOTEL AND MEALS |
| 4. | THE NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/23-3/24 | NEW YORK, NY | SPEAKER | HOTEL AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | CABRINI COLLEGE | 4/24 | RADNOR, PA | SPEAKER | TRAVEL |
| 6. | FEDERAL JUDGES ASSOCIATION | 5/7 | ARLINGTON, VA | FJA BOARD MEETING | MILEAGE, HOTEL, AND MEALS |
| 7. | DELAWARE COUNTY, PENNSYLVANIA BAR ASSOCIATION | 6/13-6/14 | SKYTOP, PA | SPEAKER | HOTEL, MEALS, AND TRAVEL |
| 8. | BOTANICAL SOCIETY OF AMERICA | 7/07-7/09 | CHICAGO, IL | SPEAKER-BOTANICAL GROUP | FLIGHT, HOTEL, AND MEALS |
| 9. | NOVA | 7/10-7/12 | LOS ANGELES, CA | SPEAKER | FLIGHT, HOTEL, AND MEALS |
| 10. | ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS | 7/20-7/21 | HERSHEY, PA | SPEAKER | HOTEL AND MEALS |
| 11. | ASTAR | 10/07 | BALTIMORE, MD | SPEAKER | MILEAGE |
| 12. | NATIONAL CENTER FOR STATE COURTS | 10/17-10/19 | NEW ORLEANS, LA | COUNCIL OF CHIEF JUDGES | FLIGHT, HOTEL, AND MEALS |
| 13. | NOVA | 10/30-10/31 | NEW YORK, NY | SPEAKER | HOTEL, MEALS, AND TRAVEL |
| 14. | NOVA | 11/12-11/13 | NEW YORK, NY | SPEAKER | HOTEL, MEALS, AND TRAVEL |
| 15. | LEHIGH BAR ASSOCIATION | 11/14 | ALLENTOWN, PA | SPEAKER | MILEAGE |
| 16. | WORLD CONGRESS OF SCIENCE PRODUCERS | 11/29-11/30 | NEW YORK, NY | SPEAKER | HOTEL, MEALS, AND TRAVEL |
| 17. | KANSAS CITY METROPLITAN BAR ASSOCIATION | 12/05-12/07 | KANSAS CITY, MO | SPEAKER | FLIGHT, HOTEL, AND MEALS |
| 18. | ST LOUIS LEAGUE OF WOMEN VOTERS | 12/07-12/08 | ST LOUIS, MO | SPEAKER | FLIGHT, HOTEL, AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮▮▮▮▮▮ | B | Distribution | O | W | | | | | |
| 2. ▮▮▮▮▮▮▮▮ | A | Distribution | N | W | | | | | |
| 3. ▮▮▮▮▮▮▮▮ | A | Distribution | O | W | | | | | |
| 4. ▮▮▮▮▮▮▮▮ | A | Distribution | M | W | | | | | |
| 5. ▮▮▮▮▮▮▮▮ | A | Distribution | N | W | | | | | |
| 6. ▮▮▮▮▮▮▮▮ | A | Distribution | K | W | | | | | |
| 7. ▮▮▮▮▮▮▮▮ | | None | J | W | | | | | |
| 8. ▮▮▮▮▮▮▮▮ | A | Distribution | M | W | | | | | |
| 9. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 10. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 11. QUALITY VENDING INC-50% INTEREST | D | Distribution | L | W | | | | | |
| 12. LOAN RECEIVABLE-PHOENIX CONTRACTING | D | Interest | M | T | | | | | |
| 13. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 14. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 15. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 16. DREYFUS PREMIER BALANCED FD. | A | Dividend | J | T | | | | | |
| 17. GE COMMON STOCK | A | Dividend | | | SELL | 5/4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | POWER SHARES QQQ TRT-COMMON STOCK | A | Dividend | | | SELL | 10/9 | J | | |
| 19. | SOVEREIGN BANCORP-COMMON STOCK | A | Dividend | | | SELL | 10/9 | J | | |
| 20. | PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | | | | | |
| 21. | XM SATELLITE RADIO HLDGS CLA - COMMON STOCK | | None | | | SELL | 12/28 | J | | |
| 22. | PENN NATIONAL GAMING - COMMON STOCK | | None | K | T | | | | | |
| 23. | CHARLES SCHWAB & CO INC - M/M FUND | A | Interest | J | T | | | | | |
| 24. | OPPENHEIMER GLOBAL FUND A - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 25. | OPPENHEIMBER CAPITAL APPRECIATION FUND A - MUTUAL FUND | | None | J | T | | | | | |
| 26. | FULTON FINANCIAL CORP. | A | Dividend | | | SELL | 5/4 | J | A | |
| 27. | BROOKSTREET SECURITIES CORP.-M/M FD. - TREAS FUND | A | Dividend | J | T | | | | | |
| 28. | U.S. TREASURY NOTE-IRA | A | Interest | | | REDEEM | 2/15 | K | | |
| 29. | WYE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 30. | CVX COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 31. | HPQ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 32. | XOM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 33. | FULT COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 34. | GE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 36. HUM COMMON STOCK-IRA | | None | | | SELL | 2/22 | J | B | |
| 37. KEY COMMON STOCK-IRA | A | Dividend | | | SELL | 3/5 | J | B | |
| 38. KMB COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 39. SOV COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 40. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 41. MMM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 42. NXL COMMON STOCK-IRA | A | Dividend | | | SELL | 4/20 | K | D | |
| 43. PEP COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 44. PFE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 45. TYC COMMON STOCK-IRA | A | Dividend | J | T | SPINOFF/TYCO | 8/2 | J | | |
| 46. UL COMMON STOCK-IRA | A | Dividend | | | SELL | 3/5 | K | B | |
| 47. VZ COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 48. UBPTE COMMON STOCK-IRA (UNION BANCORP INC (UBPT.PK)) | A | Dividend | K | T | | | | | |
| 49. NATIONWIDE MUTUAL FUND CLASS A | A | Dividend | J | T | | | | | |
| 50. CHEVRON-TEXACO 3.5% BOND - IRA | A | Interest | | | REDEEM | 9/17 | K | A | |
| 51. UNION BANK OF POTTSVILLE-SAVINGS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EXXON MOBIL CORP-COMMON STOCK | A | Dividend | | | SELL | 4/4 | J | B | |
| 53. EXXON MOBIL CORP-COMMON STOCK | A | Dividend | | | SELL | 5/4 | J | B | |
| 54. GENERAL ELECTRIC CO-COMMON STOCK | A | Dividend | | | SELL | 5/4 | J | A | |
| 55. ISTAR FINANCIAL-COMMON STOCK | | None | | | SELL | 1/29 | J | B | |
| 56. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | K | T | | | | | |
| 57. NATIONAL PENN BANCSHARES - COMMON STOCK | A | Dividend | | | SELL | 12/27 | J | | |
| 58. SIRIUS SATELLITE RADIO INC - COMMON STOCK | | None | J | T | | | | | |
| 59. SOVEREIGN BANCORP INC - COMMON STOCK | A | Dividend | | | SELL | 10/9 | J | A | |
| 60. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND - FBCVX | A | Dividend | J | T | | | | | |
| 61. VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 62. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 63. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 64. AFLAC INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 65. E TRADE FINANCIAL - COMMON STOCK - IRA | | None | | | SELL | 3/5 | J | B | |
| 66. DARDEN RESTAURANTS - COMMON STOCK | A | Dividend | | | SELL | 5/4 | J | B | |
| 67. FNB CORPORATION - COMMON STOCK | A | Dividend | | | SELL | 6/21 | J | B | |
| 68. MICROSOFT - COMMON STOCK | A | Dividend | | | SELL | 7/23 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. STARBUCKS CORP - COMMON STOCK | | None | | | SELL | 4/24 | J | | |
| 70. STARBUCKS CORP - COMMON STOCK | | None | | | SELL | 5/25 | J | | |
| 71. TIME WARNER - COMMON STOCK | A | Dividend | | | SELL | 4/4 | J | A | |
| 72. TIME WARNER - COMMON STOCK | A | Dividend | | | SELL | 7/23 | J | A | |
| 73. XTO ENERGY - COMMON STOCK | A | Dividend | | | SELL | 1/29 | J | C | |
| 74. DREYFUS SMALL CAP - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 75. FIDELITY NEW MKTS INCOME - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 76. SCHWAB S&P 500 INDEX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 77. VANGUARD INTL VALUE FUND - MUTUAL FUND - VTRIX | A | Dividend | J | T | | | | | |
| 78. VANGUARD STRATEGIC - MUTUAL FUND - VSEQX | A | Dividend | J | T | | | | | |
| 79. FNB DAILY FUND - IRA | A | Dividend | J | T | | | | | |
| 80. HOME DEPOT INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 81. MAINSTREET BANK CD - IRA | A | Interest | | | REDEEM | 4/16 | J | | |
| 82. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 83. FNB DAILY FUND - IRA | A | Dividend | L | T | | | | | |
| 84. APPLE COMPUTER - COMMON STOCK | | None | J | T | | | | | |
| 85. NORDSTROM INC - COMMON STOCK | A | Dividend | | | SELL | 5/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NEWMONT MINING CORP - COMMON STOCK | A | Dividend | | | SELL | 5/2 | J | A | |
| 87. STREETTRACKS GOLD TR GOLD - COMMON STOCK | | None | J | T | ADD'L BUY | 5/7 | J | | |
| 88. ISHARES SILVER TR - COMMON STOCK | | None | J | T | | | | | |
| 89. ULTRA SHORT SMALL CAP PRO FUND MUTUAL FUND | A | Dividend | J | T | PARTIAL SELL | 2/15 | J | | |
| 90. ULTRA SHORT OTC PRO FUND INVESTOR MUTUAL FUND | A | Dividend | J | T | | | | | |
| 91. FNB CORP - COMMON STOCK | A | Dividend | | | SELL | 7/16 | J | C | |
| 92. FIDELITY SHORT TERM BOND FUND MUTUAL FUND - FSHBX | A | Dividend | J | T | | | | | |
| 93. VANGUARD SMALL CAP MUTUAL FUND - VB | A | Dividend | J | T | | | | | |
| 94. VANGUARD VALUE MUTUAL FUND - VUVLX | A | Dividend | J | T | | | | | |
| 95. FEDERATED TOTAL RETURN BD MUTUAL FUND - IRA - FTRBX | B | Dividend | L | T | | | | | |
| 96. VANGUARD INTERM TERM BOND INDEX FUND - IRA - VIBSX | C | Dividend | L | T | | | | | |
| 97. VANGUARD SHORT-TERM FED-ADM #549 MUTUAL FUND - IRA VSGDX | B | Dividend | L | T | | | | | |
| 98. IDEARC INC - COMMON STOCK - IRA | | None | | | SELL | 11/24 | J | A | |
| 99. TARGET CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 100. WHIRLPOOL CORP - COMMON STOCK - IRA | A | Dividend | | | SELL | 2/22 | J | B | |
| 101. WALGREEN CO - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 102. WELLS FARGO & CO - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. RR DONNELLEY & SONS CO - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 104. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 105. APPLIED MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 106. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 107. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 108. SELECT SECTOR SPDR TR UTILITIES - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 109. SELECT SECTOR SPDR TR MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 110. DODGE & COX STOCK FUND - MUTUAL FUND - IRA | B | Dividend | M | T | ADD'L BUY | 4/20 | J | | |
| 111. CBS CORP - COMMON STOCK | A | Dividend | | | SELL | 5/21 | J | A | |
| 112. VIACOM INC CL B - COMMON STOCK | | None | | | SELL | 10/5 | J | | |
| 113. TEMECULA VALLEY BANCORP - COMMON STOCK | | None | | | SELL | 5/21 | J | | |
| 114. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 115. GARTMORE MONEY MARKET - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 116. MEREDITH CORP - IRA | A | Dividend | J | T | BUY | 2/27 | J | | |
| 117. CITIGROUP - IRA | A | Dividend | J | T | BUY | 3/8 | J | | |
| 118. ENI SPA SPON ADR | A | Dividend | J | T | BUY | 3/8 | J | | |
| 119. FEDERATED STRATEGIC VALUE FUND #662 - IRA | A | Dividend | K | T | BUY | 4/20 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. OAKMARK INT'L #109 - IRA | A | Dividend | J | T | BUY | 4/20 | J | | |
| 121. HARBOR INT'L FUND #11 - IRA | A | Dividend | J | T | BUY | 4/20 | J | | |
| 122. TYCO ELECTRONICS LTD - IRA | A | Dividend | J | T | SPINOFF/TYCO | 8/2 | J | | |
| 123. COVIDIEN | A | Dividend | J | T | SPINOFF/TYCO | 8/2 | J | | |
| 124. GOODYEAR TIRE & RUBBER | | None | | | BUY | 7/16 | J | | |
| 125. GOODYEAR TIRE & RUBBER | | None | | | SELL | 10/19 | J | | |
| 126. HEELYS INC | | None | | | BUY | 7/16 | J | | |
| 127. HEELYS INC | | None | | | SELL | 9/28 | J | | |
| 128. BAIDU COM INC SPON ADR | | None | J | T | BUY | 9/28 | J | | |
| 129. GOLDEN TELECOM INC | | None | J | T | BUY | 12/31 | J | | |
| 130. LIBERTY GLOBAL INC | | None | J | T | BUY | 12/31 | J | | |
| 131. S&P MID CAP 400 | A | Dividend | J | T | BUY | 5/21 | J | | |
| 132. ORRSTOWN FINANCIAL SERVICES | A | Dividend | J | T | BUY | 10/11 | J | | |
| 133. SUSQUEHANNA BANK | A | Dividend | J | T | BUY | 10/11 | J | | |
| 134. AMERICAN CENTURY MID CAP VALUE | A | Dividend | J | T | BUY | 5/21 | J | | |
| 135. BRIDGEWAY LARGE CAP GROWTH | A | Dividend | J | T | BUY | 6/5 | J | | |
| 136. FIDELITY BALANCED | A | Dividend | J | T | BUY | 5/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CURRENCY SHARES - JAPENESE YEN | | None | J | T | BUY | 5/9 | J | | |
| 138. CURRENCY SHARES - JAPENESE YEN | | None | | | SELL | 9/19 | J | A | |
| 139. NORFOLK SOUTHERN CORP | A | Dividend | | | BUY | 9/24 | J | | |
| 140. NORFOLK SOUTHERN CORP | | None | | | SELL | 12/17 | J | | |
| 141. POTASH CORP | | None | | | BUY | 9/24 | J | | |
| 142. POTASH CORP | | None | | | SELL | 10/12 | J | A | |
| 143. ROWAN COS INC | | None | | | BUY | 9/24 | J | | |
| 144. ROWAN COS INC | | None | | | SELL | 10/22 | J | | |
| 145. VANGUARD SHORT TERM TREAS | A | Dividend | | | BUY | 5/8 | J | | |
| 146. VANGUARD SHORT TERM TREAS | | None | | | SELL | 9/19 | J | A | |
| 147. NABORS INDUSTRIES | | None | | | BUY | 11/1 | J | | |
| 148. HERCULES OFFSHORE | | None | J | T | BUY | 9/19 | J | | |
| 149. SWEDISH EXPT CR CORP ELEMENTS | | None | J | T | BUY | 11/13 | J | | |
| 150. ANNALY CAPITAL MANAGMENT | A | Dividend | J | T | BUY | 10/10 | J | | |
| 151. SAN JUAN BASIN REALTY | A | Dividend | J | T | BUY | 5/4 | J | | |
| 152. WALT DISNEY CO | | None | | | BUY | 7/15 | J | | |
| 153. WALT DISNEY CO | | None | | | SELL | 7/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. APPLE COMPUTER | | None | K | T | BUY | 6/21 | J | | |
| 155. MID CAP S PDR TRUST MDY | A | Dividend | J | T | BUY | 5/25 | J | | |
| 156. VANGUARD MID CAP VO | A | Dividend | J | T | BUY | 5/25 | J | | |
| 157. VANGUARD VALUE VTV | A | Dividend | J | T | BUY | 7/10 | J | | |
| 158. CURRENCY SHARES - JAPENESE YEN | | None | J | T | BUY | 6/18 | J | | |
| 159. CURRENCY SHARES - JAPENESE YEN | | None | | | SELL | 8/6 | J | | |
| 160. MASSEY ENERGY | | None | J | T | BUY | 2/22 | J | | |
| 161. MASSEY ENERGY | | None | | | SELL | 2/27 | J | | |
| 162. PEABODY ENERGY | | None | | | BUY | 2/22 | J | | |
| 163. PEABODY ENERGY | | None | | | SELL | 2/27 | J | | |
| 164. FEDERATED STRATEGIC VALUE #662 - IRA - SVAIX | A | Dividend | J | T | BUY | 1/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - INVESTMENTS AND TRUSTS

ITEM 18 - NAME CHANGE FROM NASDAQ 100 SHARES TO POWER SHARES QQQ TRUST.

ITEM 49 - NAME CORRECTION FROM GARTMORE NATIONWIDE MUTUAL FUND TO NATIONWIDE MUTUAL FUND.

ITEMS 79 AND 83 - NAME CHANGE FROM LEGACY TRUST M/M FUND - IRA TO FNB DAILY FUND - IRA.

DNP SELECT INCOME FUND - IRA WAS SOLD IN 2006 BUT ERRONEOUSLY SHOWN AT VALUE CODE J AT YEAR END.

GMAC SMART NOTES - IRA WERE REDEEMED IN 2006 BUT ERRONEOUSLY SHOWN AT VALUE CODE K AT YEAR END.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544